UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

LARRY J. RUSH
SSN: xxx-xx-5851
BETH E. RUSH
SSN: xxx-xx-7064
DEBTOR(S)

CASE NUMBER: 03-35877
CHAPTER 13

## NOTICE TO HEILIG MEYERS MASTER TRUST THAT $52.43 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS ACCOUNT IN TREASURY FUND #6047BK

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Heilig Meyers Master Trust, creditor herein, and deposits $52.43 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. The last known address for Heilig Meyers Master Trust was:

   Bankruptcy Department
   P.O. Box 105460
   Atlanta, GA 30348-5460

2. The Standing Chapter 13 Trustee's disbursement checks have been returned with "Forward Time Expired, Return to Sender" stamped on the front of the envelope by the Postmaster.

3. Subsequent attempts to locate this creditor were fruitless.

4. Any objections to said Deposit should be made in writing, with the Court Clerk.

Dated: __11-20-09__

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was sent on __11-20-09__

By U. S. Mail to the Debtors and Creditor as follows:

Debtor(s): Larry & Beth Rush, 150 E. Clinton, Logansport, IN 46947
Creditor: Heilig Meyers Master Trust, Bankruptcy Dept., P.O. Box 105460, Atlanta, GA 30348-5460

By electronic e-mail to the following:

U.S. Trustee
Debtors' Attorney: Brad Woolley

/s/ Debra L. Miller, Trustee
By: Rosemary Ward-Wilson